FILED
 2012 Jun-25 PM 12:49
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RICHARD SALAZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CV 12-S-1748-NE |
| ) | |
| WELLS FARGO BANK, ) | |
| NATIONAL ASSOCIATION, ) | |
| a/k/a WELLS FARGO BANK, ) | |
| N.A., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A review of the record in this case reveals that the complaint in this case, although docketed by the Clerk as a new civil action, is actually a copy of the complaint filed in Civil Action No. CV 12-S-1735-NE, entitled *Richard Salazar vs. Wells Fargo Bank, National Association, a/k/a Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation, a/k/a Freddie Mac.* Therefore, the Clerk is directed to close this file and to make all documents in this case a part of the record in Civil Action No. CV 12-S-1735-NE.

DONE and ORDERED this 25th day of June, 2012.

_____
United States District Judge